IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

FLOYD S. JOHNSON,

    Plaintiff,

vs.

HARRISON TOWNSHIP SHERIFF'S
DEPARTMENT, et al.,

    Defendants.

Case No. 3:11cv078

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY ADOPTING REPORT AND RECOMMENDATIONS
OF UNITED STATES MAGISTRATE JUDGE (DOC. #22) IN THEIR
ENTIRETY; PLAINTIFF'S OBJECTIONS TO SAID JUDICIAL FILING
(DOC. #25) OVERRULED; CLAIMS ONE AND THREE OF PLAINTIFF'S
*PRO SE* COMPLAINT DISMISSED, CLAIM ONE WITH PREJUDICE,
CLAIM THREE WITHOUT PREJUDICE; COURT NOTES THAT SERVICE
HAS BEEN MADE ON DEFENDANTS

---

Pursuant to the reasoning and citations of authority set forth by the United States Magistrate Judge, in his Report and Recommendations filed July 13, 2011 (Doc. #22), as well as upon a thorough *de novo* review of this Court's file and the applicable law, said Report and Recommendations are adopted in their entirety. The Plaintiff's Objections to said judicial filing (Doc. #25) are overruled. Claims One and Three are dismissed, Claim One with prejudice, Claim Three without prejudice. This

Court notes that service has been ordered made on Claims Two and Four and that such service has been accomplished.

September 30, 2011

_____
WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Floyd S. Johnson, *Pro Se*