# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| FLOYD S. JOHNSON | : | Case No. 3:11-cv-78 |
| Plaintiff, | : | Magistrate Judge Michael R. Merz |
| -vs- | : | |
| HARRISON TOWNSHIP SHERIFF'S DEPT., et al., | : | |
| | : | |
| Defendant. | | |

## ORDER TO PRO SE PLAINTIFF UPON FILING OF MOTION TO DISMISS OR MOTION FOR SUMMARY JUDGMENT

You are hereby notified that the Defendant filed with the Court on January 24, 2013, a motion for summary judgment in this case [Doc # 50]. You should receive a copy of the motion directly from Defendant.

Under the rules of this Court (S.D. Ohio L.R. 7.2) you are allowed twenty-one days from the date of service (January 24, 2013) within which to file a response to this motion, plus an extra three days because of the way the motion was sent to you. Your response must be filed with the Court not later than February 19, 2013.

January 24, 2013

*s/Michael R. Merz*
United States Magistrate Judge